IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Judge Walker D. Miller

Civil Action No. 07-cv-00725-WDM-CBS

DAVA DALVIT,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.
and

Civil Action No. 07-cv-00726-RPM

DEBRA BENJAMIN,

    Plaintiff,

v.

UNITED AIRLINES, INC.,

    Defendant.

_____

## ORDER OF CONSOLIDATION

This matter is before me on the Defendant's Motion to Consolidate Civil Action 07-cv-726-RPM with 07-cv-00725-WDM-CBS. Plaintiff Dalvitt does not object. A review of the parties' pleadings makes plain that these actions involve common questions of law and fact and therefore should be consolidated.

It is therefore ordered:

1.   Civil Action Nos 07-cv-00725-WDM-CBS and 07-cv-00726-RPM are consolidated;

2.   All future filings shall be under Civil Action No. 07-cv-00725-WDM-CBS and indicate that the plaintiffs are Dava Dalvit and Debra Benjamin.

DATED at Denver, Colorado, on June 8, 2007.

BY THE COURT:

s/ Walker D. Miller
United States District Judge