IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 07-cv-00725-WDM-CBS (consolidated with 07-cv-00726-WDM) | FTR - Reporter Deck-Courtroom A402 |
| Date: April 29, 2008 | Courtroom Deputy: Ben Van Dyke |

| | |
|---|---|
| DAVA DALVIT, and<br>DEBRA BENJAMIN, | John R. Olsen |
| Plaintiffs, | |
| v. | |
| UNITED AIR LINES, INC., | Meghan W. Martinez<br>Matthew B. Finnigan |
| Defendant. | |

## COURTROOM MINUTES/MINUTE ORDER

**HEARING: FINAL PRETRIAL CONFERENCE**
**Court in Session:** 9:09 a.m.
Court calls case. Appearances of counsel.

**ORDERED:** The Withdrawal of Motion for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) [filed April 28, 2008; doc. 57] is granted. The Motion for Leave to File Second Amended Complaint Pursuant to Fed. R. Civ. P. 15(a) [doc. 48] is hereby withdrawn.

**ORDERED:** Plaintiff's Motion for Leave to File Supplemental Exhibit and Brief in Opposition to Defendant's Motion for Summary Judgment [filed April 20, 2008; doc. 49] is granted. Plaintiff may file a two (2) page supplemental brief by May 2, 2008, and defendant may file a two (2) page response by May 9, 2008.

**ORDERED:** The Final Pretrial Order is signed and entered with interlineations.

HEARING CONCLUDED.
**Court in recess:** 9:37 a.m.
Total time in court: 00:28