IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
JUDGE WALKER D. MILLER

Civil Action No. 07-cv-00725-WDM-CBS

DAVA DALVIT,

    Plaintiff,

v.

UNITED AIR LINES, INC.,

    Defendant.

_____

**MINUTE ORDER**
_____

JUDGE WALKER D. MILLER
Jane Trexler, Judicial Assistant/Deputy Clerk

    The following minute order is entered by Judge Walker D. Miller:

    Plaintiffs' motion to substitute brief is granted.

Dated: May 9, 2008

                                          s/ Jane Trexler, Judicial Assistant