## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Magistrate Judge Craig B. Shaffer

| | |
|---|---|
| Civil Action: 07-cv-00725-WDM-CBS (consolidated with 07-cv-00726-WDM) | FTR - Reporter Deck-Courtroom A402 |
| Date: May 30, 2008 | Courtroom Deputy: Valeri P. Barnes |

| | |
|---|---|
| DAVA DALVIT, and<br>DEBRA BENJAMIN,<br><br>**Plaintiffs,**<br><br>v.<br><br>UNITED AIR LINES, INC.,<br><br>**Defendant.** | John R. Olsen<br><br><br><br><br><br>Matthew B. Finnigan |

## COURTROOM MINUTES/MINUTE ORDER

**TELEPHONIC MOTION HEARING**

**10:34 a.m.**    **Court in session.**

**ORDERED:** Plaintiffs' Motion to Amend Scheduling Order to Permit Limited and Expedited Discovery Relating to Intended Bankruptcy Defense **(73)** is **granted.** Scheduling Order is amended as follows:
 **1)** Plaintiffs' five (5) requests for production and interrogatories due no later than **June 2, 2008.**
 **2)** Defendant's responses due within 30 days of service.
 **3)** The briefing schedule on any Motion to Dismiss is **stayed**.

Counsel shall contact the Court's Chambers to set a phone conference to set a briefing schedule on any Motion to Dismiss.

The Court will not allow expedited discovery at this time.

**10:46 a.m.**    **Court in recess/hearing concluded.**

Total in-court time: 00:12